UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C16-836-RSL-JPD |
| Petitioner, | ORDER RESCHEDULING HEARING |
| v. | |
| PAMELA L. GOLDSCHMIDT, | |
| Respondent. | |

This matter comes before the Court *sua sponte*. Due to scheduling conflicts, the Court hereby reschedules the hearing to consider respondent's objections to petition, previously set for Thursday, March 16, 2017, to **Wednesday, April 26, 2017, at 10 a.m.** in Courtroom 12B at the United States Courthouse in Seattle, 700 Stewart Street, Seattle, Washington 98101. Respondent's written objections shall be due by no later than **Friday, April 21, 2017**.

Respondent is reminded that, in addition to filing her objection to petition with the Clerk of the Court, she must also mail a copy to the attorney for the United States, Rika Valdman, U.S. Department of Justice, Tax Division, Western Region, P.O. Box 683, Washington.

ORDER - 1

1    The Clerk is directed to send a copy of this Order to the parties and to the Honorable
2  Robert S. Lasnik.

   DATED this 9th day of March, 2017.

   *James P. Donohue*

   JAMES P. DONOHUE
   Chief United States Magistrate Judge

ORDER - 2