The Honorable James P. Donohue

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Tax Indebtedness of<br>PAMELA L. GOLDSCHMIDT | Case No. 2:16-cv-00836-JPD<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS CASE WITHOUT PREJUDICE |

Before the Court is the parties' joint motion to dismiss this case without prejudice. Upon consideration of the motion, and for good cause being shown, it is hereby ORDERED that:

1. The joint motion to dismiss case without prejudice is GRANTED;

2. This case is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated this 13th day of June, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully presented by:

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Rika Valdman
RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6056/202-307-6484 (v)
202-307-0054 (f)
rika.valdman@usdoj.gov
Virginiacronan.lowe@usdoj.gov

*Of Counsel:*
ANNETTE L. HAYES
United States Attorney
Western District of Washington
*Attorneys for the United States of America*

_____
PAMELA L. GOLDSCHMIDT
3612 E. Union Street
Seattle, WA 98122
*Respondent*